**Tucson W. JONES; Yvonne C. Jones, Plaintiffs—Appellants,**

v.

**SOUTHCORR, LLC, Defendant—Appellee.**

No. 04–1972.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 17, 2004.

Decided Dec. 28, 2004.

Tucson W. Jones, Yvonne C. Jones, Appellants pro se. Hamlin Landis Wade, Jr., Melissa Megan Kidd, Helms, Mulliss & Wicker, PPLC, Charlotte, North Carolina, for Appellee.

Before WILLIAMS, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Tucson W. Jones and Yvonne C. Jones appeal the district court's order granting summary judgment for Defendant in this Title VII action alleging race discrimination in employment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Southcorr, LLC,* No. CA–03–499–1 (M.D.N.C. filed July 8, 2004; entered July 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*